PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-268-5601
    Fax: 415-744-0134
    Adam.Lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GREYEAGLE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-02514-AC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, originally due on April 24, 2017, by 60 days, through and including Friday, June 23, 2017. This is the Commissioner's first request for an extension of time in this matter.

    An extension of time is needed in order to prepare Defendant's opposition because of the drafting attorney's exceptionally heavy workload, in which the attorney must conduct pre-trial, participate in a multi-day hearing, and draft post-hearing briefs for a recently-scheduled arbitration, in addition to the attorney's regular district court workload and drafting two Ninth

Stipulation for Extension of Time; 2:16-cv-02514-AC 1

Circuit briefs.  This request is made in good faith with no intention to unduly delay the proceedings.  Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on April 24, 2017.

    Respectfully submitted this 24th day of April, 2017.

                             PHILLIP A. TALBERT
                             United States Attorney
                             DEBORAH STACHEL
                             Regional Chief Counsel, Region IX

By    /s/  Adam Lazar
       ADAM LAZAR
       Special Assistant U.S. Attorney

       Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Date: April 25, 2017

                             _____
                             ALLISON CLAIRE
                             UNITED STATES MAGISTRATE JUDGE